UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Referral for Purpose of Determining Relationship of Cases has been filed requesting the undersigned determine whether the following cases are related within the meaning of Civil L.R. 3-12(a):

C  04-0117 MMC    Williams v. City of Oakland
C  15-3013 JCS    Williams v. Roy Scheingart, et al.

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[  ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned.  The parties are instructed that all future filings in the later-filed action are to bear the initials **MMC** immediately after the case number.  All matters presently scheduled for hearing in the reassigned case are vacated and must be renoticed for hearing before the undersigned.

**DATED:** November 6, 2015

MAXINE M. CHESNEY
United States District Judge